IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| James Fishburne, ) | |
| ) | C/A No.: 2:04-22213-RBH |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| Jo Anne B. Barnhart, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On May 17, 2005, plaintiff filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 42 U.S.C. § 2412 on the basis that the position taken by the defendant in this action was not substantially justified. Defendant filed a response on May 31, 2005, indicating that she does not oppose plaintiff's request for fees and agrees to pay plaintiff a total of $3,044.43 ($150.41 x 4.7 attorney hours, $85.00 x 27.5 eligible paralegal hours). Having no objection, the Court so orders the defendant to pay plaintiff the sum of $3,044.43 towards fees and costs.

IT IS SO ORDERED.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

June 2, 2005
Florence, South Carolina