IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| James Fishburne,                )<br>                                              )<br>         Plaintiff,            )<br>                                              )<br>     vs.                              )<br>                                              )<br> Jo Anne B. Barnhart, Commissioner of )<br> Social Security,              )<br>                                              )<br>         Defendant.          )<br>                                              )<br> _____ ) | C.A. No.: 2:04-22213<br><br>**O R D E R** |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 83.VII.02(A) for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The Defendant filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not

1

required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Carr's Report and Recommendation and incorporates it herein.  It is therefore

**ORDERED** that the Secretary remit the amount of three thousand forty-four dollars and forty-three cents ($3,044.43) dollars to petitioner for his services in this case.

**IT IS FURTHER ORDERED** that in no event shall the combined fee awarded counsel for his services before the Social Security Administration and the court exceed twenty-five per cent of claimant's past-due benefits.

**AND IT IS SO ORDERED.**

                                              S/ R. Bryan Harwell  
                                              R. BRYAN HARWELL  
                                              United States District Judge

Florence, S.C.  
August 8, 2005